*April 12, 2017*

2017-Ohio-1345.]

**2016–0994.   Disciplinary Counsel v. DeMasi.**
On respondent's objections to order to show cause and on relator's answer. This matter is remanded to the Board of Professional Conduct for the consideration of mitigating evidence only. The interim default suspension imposed against respondent on August 4, 2016, shall remain in place while this matter is pending before the board. Proceedings before this court in this case are stayed until further order of this court.

**2016–1082.   Disciplinary Counsel v. Bellew.**
On relator's motion to remand proceeding to the Board of Professional Conduct to initiate default proceedings seeking permanent disbarment. Motion granted. The interim default suspension imposed against respondent on September 9, 2016, shall remain in place while this matter is pending before the board. Proceedings before this court in this case are stayed until further order of this court.

**2017–0415.   State v. Davenport.**
Montgomery App. Nos. 27096 and 27097, 2017-Ohio-688. Appellant has not filed a memorandum in support of jurisdiction and therefore has failed to prosecute this cause with the requisite diligence. Cause dismissed.

*April 13, 2017*

2017-Ohio-1355.]

**2017–0211.   State v. Yuschak.**
Medina App. No. 15CA0055–M, 2016-Ohio-8507. On appellee's motion to strike for lack of service. Motion denied. Appellee may file a memorandum in response within 30 days.

**2017–0485.   State ex rel. Brown v. Nusbaum.**
Ross App. No. 16CA3572, 2017-Ohio-797. On appellant's memorandum in support of jurisdiction. This cause originated in the court of appeals and, therefore, should proceed as an appeal of right pursuant to S.Ct.Prac.R. 5.01.

The clerk shall issue an order for the transmission of the record from the Court of Appeals for Ross County, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. 16.02 through 16.07.